EDWARD LEROY WALDORF, Respondent, v. RICHARD TOWNSEND, Appellant.— Judgment and order affirmed, with costs. No opinion. Lazansky, P. J., Kapper, Carswell and Scudder, JJ., concur; Seeger, J., dissents upon the ground that plaintiff was guilty of contributory negligence as matter of law.

HOWARD O. WOOD, as Executor, etc., of WILLIAM H. SCHABEHORN, etc., Deceased, Respondent, v. JOSEPH P. McCORRY and TERESA M. McCORRY, His Wife, Appellants.— Order, in so far as it struck out the counterclaim, modified by denying the motion to strike out said counterclaim, and as so modified affirmed, without costs. If there was a written contract for the sale of the property, as to which the record is silent, we leave open the question of the application of the parol evidence rule as applied in *Mitchill* v. *Lath* (247 N. Y. 377). If the contract of sale was oral, we are of opinion that the agreement was not merged in the deed and that it is subject to establishment by proof. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

In the Matter of the Application of WILLIAM C. KING for Admission to the Bar. (From the District of Columbia.) Application granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of FRANKLIN EWING MARTIN for Admission to the Bar. (From the State of Ohio.)— Application granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

CHARLES ABRAMS, Appellant, v. ROSE ABRAMS, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

SAMUEL ABRAMSKY and FRANK ZIPERSON, Copartners, Doing Business under the Firm Name and Style of A. R. Z. PAINTING COMPANY, Appellants, v. WERBELOVSKY AND LAVINE REALTY CORPORATION, Respondent; A. NEWBURGER ELECTRIC COMPANY, Appellant, and Others, Defendants.— Judgment unanimously affirmed as to plaintiffs and defendant A. Newburger Electric Company, with one bill of costs to defendant Werbelovsky and Lavine Realty Corporation. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

WILLIAM A. ASTON, Respondent, v. MELISSA REEVES, Appellant.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ.

B. M. BAKERY CORPORATION, Respondent, v. ISIDOR SCHWARTZ and DAVID DANIELS, Appellants.— Judgment and order reversed upon the law, with costs to appellants; judgment directed for defendants dismissing the complaint on the merits and for damages, if any, under their counterclaim, with costs, and the case remitted to the Trial Term to assess such damages. As plaintiff failed to repair the premises after the fires, pursuant to the fourth clause of the lease, it is not entitled to recover any rent. The judgment in the prior action brought by defendants here against this plaintiff to restrain the demolition of the building and their eviction from the premises is *res adjudicata* upon the rights of the parties under the lease, and such judgment and the temporary injunction order in that action did not prevent this plaintiff from repairing the building, pursuant to the lease, but prevented only its demolition and interference with defendants' quiet possession under the lease. Lazansky, P. J., Young, Kapper, Seeger and Scudder, JJ., concur.